IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| COURTLAND ROMEO, | § | |
| | § | No. 124, 2019 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court of |
| v. | § | the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | ID. No.   0706001130 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:   September 18, 2019
Decided:   September 26, 2019

Before **STRINE**, Chief Justice; **VAUGHN**, and **TRAYNOR**, Justices.

## **O R D E R**

This 26th day of September 2019, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated February 21, 2019.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
　　Justice